IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| PRAGMATUS AV, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) 1:10cv1288 (LMB/JFA) |
| | ) |
| FACEBOOK, INC., et al., | ) |
| | ) |
| Defendants. | ) |

FILED JAN 27 2011
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

ORDER

For the reasons stated in the accompanying Memorandum Opinion, Defendants' Joint Motion to Transfer Venue Pursuant to 28 U.S.C. 1404(a) [Dkt. No. 38] is GRANTED, and it is hereby.

ORDERED that this civil action be TRANSFERRED to the United States District Court for the Northern District of California.

The Clerk is directed to forward copies of this Order to counsel of record.

Entered this 27 day of January, 2011.

Alexandria, Virginia

/s/
Leonie M. Brinkema
United States District Judge